8 Wilbur Road
New Hartford, NY 13413
(315) 601-0430
Jasonbz4@yahoo.com
October 1, 2009

Hon. Gustave J. DiBianco
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261-7396

Re: Zhou v. State University of New York Institute of Technology, 6:08-CV-0444 (DNH) (GJD)
    Discovery hearing date

Dear Judge DiBianco:

   I respectfully submit this letter to request that the discovery hearing for October 16, 2009 be postponed to around middle of November, 2009 for the following reasons:

   1. Defendants have promised me to give me the response of my second Document Request (which was sent on or about July 6, 2009) by September 25, 2009. I have not received it yet.
   2. I am in the process of retaining a counsel to appear in court starting with the discovery hearing, which should satisfy Defendants' counsels, but need some extra time.

This is also to certify that I severed a copy of entire my September 23, 2009 submission to counsel for defendants on September 23, 2009 via first-class U.S. mail. Sorry that I forgot to indicate that in my letter.

   Thank you in advance for your consideration of this matter.

   Sincerely,

   Xu-Shen Zhou, a/k/a, Jason Zhou


   Cc: Douglas J. Goglia, AAG (via first-class U.S. mail)
       Office of the Attorney General
       The Capitol
       Albany, NY 12224