## DECLARATION OF SERVICE

I, DOUGLAS J. GOGLIA, do hereby declare under penalty of perjury, that I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and that a true and correct copy of the same was served by First-Class Mail and by E-mail upon:

Xu-Shen Zhou
8 Wilbur Road
New Hartford, NY 13413
jasonbz4@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2009.  28 U.S.C. § 1746.

*s/ Douglas J. Goglia*
DOUGLAS J. GOGLIA
Assistant Attorney General
Bar Roll No. 302406