# EXHIBIT A

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1 = Much Less than Most Courses | 2 = Less than Most Courses | 3 = About Average | 4 = More than Most Courses | 5 = Much More than Most Courses |
|---|---|---|---|---|

**The Course:**

33. ① ② ③ ● ⑤ Amount of reading
34. ① ② ③ ● ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ● Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1 = Definitely False | 2 = More False Than True | 3 = In Between | 4 = More True Than False | 5 = Definitely True |
|---|---|---|---|---|

36. ① ② ③ ● ⑤ I had a strong desire to take this course.
37. ① ② ③ ● ⑤ I worked harder on this course than on most courses I have taken.
38. ① ② ③ ● ⑤ I really wanted to take a course from this instructor.
39. ① ② ● ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ③ ④ ● As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ● Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ④ ● Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1 = Definitely False | 2 = More False Than True | 3 = In Between | 4 = More True Than False | 5 = Definitely True |
|---|---|---|---|---|

43. ① ② ● ④ ⑤ As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ● ⑤ The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ● ⑤ The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ● ⑤ The instructor had high achievement standards in this class.
47. ① ② ③ ● ⑤ The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤

58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments: I had fun taking this class and really learned a lot. I hope I have the opportunity to take another class with you. We should play ping pong sometime.

194

On the next three items, compare this course with others you have taken at this institution, using the following code:

1=Much Less than          2=Less than          3=About Average          4=More than          5=Much More
   Most Courses               Most Courses                                        Most Courses          than Most Courses

**The Course:**

33. ① ② ③ ❹ ⑤ Amount of reading
34. ① ② ③ ❹ ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ❺ Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

1=Definitely          2=More False          3=In Between          4=More True          5=Definitely
   False                 Than True                                     Than False            True

36. ① ② ③ ❹ ⑤ I had a strong desire to take this course.
37. ① ② ③ ④ ❺ I worked harder on this course than on most courses I have taken.
38. ① ② ③ ❹ ⑤ I really wanted to take a course from this instructor.
39. ① ② ❸ ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ③ ④ ❺ As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ❺ Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ④ ❺ Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

1=Definitely          2=More False          3=In Between          4=More True          5=Definitely
   False                 Than True                                     Than False            True

43. ① ② ③ ④ ❺ As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ❹ ⑤ The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ❹ ⑤ The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ④ ❺ The instructor had high achievement standards in this class.
47. ① ② ③ ④ ❺ The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤          58. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤          59. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤          60. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤          61. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤          62. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤          63. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤          64. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤          65. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤          66. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤          67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments: One of the best, most caring teachers at Sungit, I hope to be in more classes with Dr. Zhou.

188

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1=Much Less than Most Courses | 2=Less than Most Courses | 3=About Average | 4=More than Most Courses | 5=Much More than Most Courses |

**The Course:**

33. ① ② ③ ● ⑤ Amount of reading
34. ① ② ③ ● ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ● Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |

36. ① ② ● ④ ⑤ I had a strong desire to take this course.
37. ① ② ③ ④ ● I worked harder on this course than on most courses I have taken.
38. ① ② ● ④ ⑤ I really wanted to take a course from this instructor.
39. ① ② ● ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ③ ④ ● As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ● Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ④ ● Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |

43. ① ② ③ ④ ● As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ④ ● The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ④ ● The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ④ ● The instructor had high achievement standards in this class.
47. ① ② ③ ④ ● The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤

58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.

Comments: I really enjoyed this course. Jason is a great teacher who made class fun.

189

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1=Much Less than Most Courses | 2=Less than Most Courses | 3=About Average | 4=More than Most Courses | 5=Much More than Most Courses |
|---|---|---|---|---|

**The Course:**

33. ① ② ③ ● ⑤ Amount of reading
34. ① ② ● ④ ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ● Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

36. ① ② ● ④ ⑤ I had a strong desire to take this course.
37. ① ② ③ ● ⑤ I worked harder on this course than on most courses I have taken.
38. ① ② ● ④ ⑤ I really wanted to take a course from this instructor.
39. ① ● ③ ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ● ④ ⑤ As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ● Overall, I rate this instructor an excellent teacher.
42. ① ② ● ④ ⑤ Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

43. ① ② ● ④ ⑤ As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ● ⑤ The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ● ⑤ The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ● ⑤ The instructor had high achievement standards in this class.
47. ① ② ③ ④ ● The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤

58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments: JASON IS A VERY INTERESTING CHARACTER. THE CLASS IS VERY HARD BUT HE MAKES IT FUN WHICH TAKES SOME PRESSURE OF THE STUDENTS.

190

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1=Much Less than Most Courses | 2=Less than Most Courses | 3=About Average | 4=More than Most Courses | 5=Much More than Most Courses |

**The Course:**

33. ① ② ③ ④ ⑤ Amount of reading
34. ① ② ③ ④ ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ⑤ Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |

36. ① ② ③ ④ ⑤ I had a strong desire to take this course.
37. ① ② ③ ④ ⑤ I worked harder on this course than on most courses I have taken.
38. ① ② ③ ④ ⑤ I really wanted to take a course from this instructor.
39. ① ② ③ ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ③ ④ ⑤ As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ⑤ Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ④ ⑤ Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |

43. ① ② ③ ④ ⑤ As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ④ ⑤ The instructor used a variety of methods—not only tests—to evaluate student progress on course objectives.
45. ① ② ③ ④ ⑤ The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ④ ⑤ The instructor had high achievement standards in this class.
47. ① ② ③ ④ ⑤ The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤
58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note:* Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.

Comments: This teacher seemed to really know what he was talking about and related the information to real life very well. I also felt like he wanted us to learn the material

191

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1=Much Less than Most Courses | 2=Less than Most Courses | 3=About Average | 4=More than Most Courses | 5=Much More than Most Courses |
|---|---|---|---|---|

**The Course:**

33. ① ② ③ **④** ⑤ Amount of reading
34. ① ② **③** ④ ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ **④** ⑤ Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

36. ① **②** ③ ④ ⑤ I had a strong desire to take this course.
37. ① ② ③ **④** ⑤ I worked harder on this course than on most courses I have taken.
38. ① ② **③** ④ ⑤ I really wanted to take a course from this instructor.
39. ① **②** ③ ④ ⑤ I really wanted to take this course regardless of who taught it.
40. ① ② ③ **④** ⑤ As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ **④** ⑤ Overall, I rate this instructor an excellent teacher.
42. ① ② ③ **④** ⑤ Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

43. ① ② ③ ④ **⑤** As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ **④** ⑤ The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ④ **⑤** The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ④ **⑤** The instructor had high achievement standards in this class.
47. ① ② ③ ④ **⑤** The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤

58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments: Dr. Zhou was very willing to help students with problems and offered extended office hours and extra help sessions.

192

On the next three items, compare this course with others you have taken at this institution, using the following code:

| 1=Much Less than Most Courses | 2=Less than Most Courses | 3=About Average | 4=More than Most Courses | 5=Much More than Most Courses |
|---|---|---|---|---|

**The Course:**

33. ① ② ⬤ ④ ⑤ Amount of reading
34. ① ② ⬤ ④ ⑤ Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ⬤ Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

36. ① ② ③ ④ ⬤ I had a strong desire to take this course.
37. ① ② ③ ⬤ ⑤ I worked harder on this course than on most courses I have taken.
38. ① ② ③ ④ ⬤ I really wanted to take a course from this instructor.
39. ① ② ③ ④ ⬤ I really wanted to take this course regardless of who taught it.
40. ① ② ⬤ ④ ⑤ As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ④ ⬤ Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ④ ⬤ Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

| 1=Definitely False | 2=More False Than True | 3=In Between | 4=More True Than False | 5=Definitely True |
|---|---|---|---|---|

43. ① ② ⬤ ④ ⑤ As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ⬤ ⑤ The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ④ ⬤ The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ④ ⬤ The instructor had high achievement standards in this class.
47. ① ② ③ ④ ⬤ The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

**EXTRA QUESTIONS**
If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤

58. ① ② ③ ④ ⑤
59. ① ② ③ ④ ⑤
60. ① ② ③ ④ ⑤
61. ① ② ③ ④ ⑤
62. ① ② ③ ④ ⑤
63. ① ② ③ ④ ⑤
64. ① ② ③ ④ ⑤
65. ① ② ③ ④ ⑤
66. ① ② ③ ④ ⑤
67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed).
*Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments: Java, is a wonderful professor who has a variety of teaching methods that enable him to teach all different learning styles. I really enjoyed this class immensely and would recommend taking him to anyone. I learned a lot that I have already applied in life! 193

On the next three items, compare this course with others you have taken at this institution, using the following code:

1=Much Less than Most Courses  2=Less than Most Courses  3=About Average  4=More than Most Courses  5=Much More than Most Courses

The Course:

33. ① ② ③ ● ⑤   Amount of reading
34. ① ② ③ ● ⑤   Amount of work in other (non-reading) assignments
35. ① ② ③ ④ ●   Difficulty of subject matter

Describe your attitudes and behavior in this course, using the following code:

1=Definitely False  2=More False Than True  3=In Between  4=More True Than False  5=Definitely True

36. ① ② ③ ④ ●   I had a strong desire to take this course.
37. ① ② ③ ● ⑤   I worked harder on this course than on most courses I have taken.
38. ① ② ③ ④ ●   I really wanted to take a course from this instructor.
39. ① ② ③ ● ⑤   I really wanted to take this course regardless of who taught it.
40. ① ② ③ ④ ●   As a result of taking this course, I have more positive feelings toward this field of study.
41. ① ② ③ ● ④   Overall, I rate this instructor an excellent teacher.
42. ① ② ③ ● ④   Overall, I rate this course as excellent.

For the following items, blacken the space which best corresponds to your judgment:

1=Definitely False  2=More False Than True  3=In Between  4=More True Than False  5=Definitely True

43. ① ② ③ ④ ●   As a rule, I put forth more effort than other students on academic work.
44. ① ② ③ ● ⑤   The instructor used a variety of methods--not only tests--to evaluate student progress on course objectives.
45. ① ② ③ ● ⑤   The instructor expected students to take their share of responsibility for learning.
46. ① ② ③ ● ⑤   The instructor had high achievement standards in this class.
47. ① ② ③ ● ⑤   The instructor used educational technology (e.g., Internet, e-mail, computer exercises, multi-media presentations, etc.) to promote learning.

## EXTRA QUESTIONS

If your instructor has extra questions, answer them in the space designated below (questions 48-67):

48. ① ② ③ ④ ⑤   58. ① ② ③ ④ ⑤
49. ① ② ③ ④ ⑤   59. ① ② ③ ④ ⑤
50. ① ② ③ ④ ⑤   60. ① ② ③ ④ ⑤
51. ① ② ③ ④ ⑤   61. ① ② ③ ④ ⑤
52. ① ② ③ ④ ⑤   62. ① ② ③ ④ ⑤
53. ① ② ③ ④ ⑤   63. ① ② ③ ④ ⑤
54. ① ② ③ ④ ⑤   64. ① ② ③ ④ ⑤
55. ① ② ③ ④ ⑤   65. ① ② ③ ④ ⑤
56. ① ② ③ ④ ⑤   66. ① ② ③ ④ ⑤
57. ① ② ③ ④ ⑤   67. ① ② ③ ④ ⑤

Use the space below for comments (unless otherwise directed). *Note: Your written comments may be returned to the instructor. You may want to PRINT to protect your anonymity.*

Comments:   IT was a good experience I enjoyed & learned alot about Finance

195

# EXHIBIT B

Proposal from Academic Affairs Committee
New text is in *italics*; deleted text is ~~strikethrough~~

SUNYIT Student          Grievance Procedures

This document describes the process by which grievances or expressions of concern by students - against members of the faculty, *staff,* or administration - are to be considered and resolved. *This process does not apply to cases of sexual/physical harassment.*

Department Chairs/Program Coordinators shall serve as a resource for questions or concerns about the process.

A student who believes that he/she has been subject to inappropriate, capricious, or arbitrary treatment, by a member of the faculty or administration, shall follow these steps:

1) First, schedule a meeting with the faculty, *staff,* or administration member to discuss concerns. Every attempt should be made to resolve the potential grievance at this level.

2) If the student believes that the issue has not been resolved, the student should then schedule an appointment with the department chair/coordinator or administrative supervisor who will attempt to facilitate an informal resolution.

3) If this fails, the student may submit a Letter of Appeal to the Department Chair/Coordinator and Dean (or administrative supervisor), which must be sent no later than two weeks after the completion of step 2 and within four weeks of the time the dispute originated.

Upon receipt of a Letter of Appeal, the Department Chair/Coordinator and Dean (or administrative supervisor) shall consult with both the student and the faculty or administration member and formulate a written Letter of Appeal Recommendation. The Recommendation shall be completed and issued to the student and faculty or administration member within four weeks of receipt of the Letter of Appeal.

If the student feels that further deliberation is necessary, she/he may submit a Letter of Appeal to the Vice President for Academic Affairs (VPAA). The VPAA shall review the recommendations of the department and the Dean to insure diligence of consideration and deliberation. Within four weeks, the VPAA will either affirm the recommendations of the department and Dean (or administrative supervisor), or the VPAA may choose to make other recommendations. The VPAA shall communicate the results of his/her review to the appropriate parties.

In matters of grade dispute, recommendations of a Department Chair or Program Coordinator, the Dean, and the VPAA are advisory only and are not binding on an instructor.

*The repository for letters of appeal and response letters shall be the office of the Vice President for Academic Affairs.*

# EXHIBIT C

School Of Business Personnel Committee



SCHOOL OF BUSINESS
P.O. BOX 3050
UTICA, N.Y. 13504-3050
(315) 792-7429 · Fax: (315) 792-7138

M E M O R A N D U M

TO:            Dr. Stephen J. Havlovic, Dean
               Academic Personnel Committee
               Human Resource Office ✓
               Xu-Shen (Jason) Zhou

FROM:          School of Business Personnel Committee
               Lisa Berardino.
               Edward Petronio
               Robert Yeh

DATE:          October 31, 2006

SUBJECT:       Application for Reappointment: Xu-Shen (Jason) Zhou

The School of Business Personnel Committee reviewed the application from Xu-Shen (Jason)
Zhou for a two-year reappointment. The committee recommended a one year appointment, and
this was declined by a vote of 6-2. The rejection of the appointment is based on weak IDEA
evaluations, students' comments from online teaching evaluations, and other faculty
observations.

# EXHIBIT D



School of Business
315-792-7429



## M E M O R A N D U M

TO:         College-Wide Academic Personnel Committee

FROM:       School of Business, Peer Review Committee   *ZP. ZB*

DATE:       November 15, 2006

SUBJECT:    Continuing Appointment for Jason Zhou

The School of Business faculty met on October 19th, 2006 and voted 6 no – 2 yes on the reappointment for Jason Zhou.  This is based on the criteria established by the Policies of the Board of Trustees.

**A. Mastery of Subject Matter**
Jason Zhou holds his Ph.D. in finance.

**B. Scholarly Ability:**
Jason Zhou has a record of publications for 2006 and 2005.  This meets the publication requirements set by the school of business.  A listing of his publications and presentations is available in the human resources office.

**C. Effectiveness in Teaching**
Jason Zhou's IDEA teaching evaluations show consistently week teaching excellence (e.g., 2.1, 2.5, 2.6).  He did receive one 4.2 for teaching excellence. Class observation of his teaching method indicated an overall unstructured discussion style for reviewing finance problems. Students have complained about his teaching to the dean and area coordinator. Online teaching evaluation shows an overall 3.14 (on a 1 to 5 scale) and 3 out of 5 negative comments.

**D. University/Community Service**
Jason Zhou serves on the Budget and Planning Committee.

cc: Jason Zhou
    Steve Havlovic, Dean of the School of Business
    Office of Human Resources

2 Cf

# EXHIBIT E





**EXHIBIT**

*Office of the Dean*
*School of Business*
315-792-7429

Date:        November 15, 2006

To:          Dr. Rosemary Mullick
             Interim Vice President of Academic Affairs

From:        Dr. Stephen Havlovic
             Dean, School of Business

Subject:     Renewal Recommendation for Dr. Jason Zhou

Dr. Zhou continues to struggle as a finance instructor in his undergraduate and graduate courses. His teaching responsibilities include Financial Management Principles (FIN 302) and Investment Strategy (FIN 532). He teaches courses on-campus and on-line. Dr. Zhou's teaching ratings for his undergraduate courses have declined from a 3.1 average in Fall, 2005 to an average of 2.4 in Spring, 2006. His graduate course ratings have remained flat at a 3.1 on a 5 point scale. Dr. Zhou has not shown evidence of changing his teaching style to improve his student teaching evaluations.

In terms of research, Dr. Zhou has a forthcoming article in the Global Business and Finance Review. He has published articles in the Journal of Economics and Finance and the Financial Analysts Journal. He has also published a book chapter. Dr. Zhou has presented his research findings at the National Business and Economics Society, the Hawaii International Conference on Business, and the International Conference on Neural Information Processing. He has received research funding of $82,500 from Jefferies and Company.

Dr. Zhou serves on the School of Business Research Committee and Graduate Curriculum Committee. He is an advisor to the Bing Bong Club and the International Student Association. Dr. Zhou provided guidance for the purchase and installation of a financial trading room, and he was instrumental in the creation of the MBA Student Association.

In light of Dr. Zhou's teaching performance, I concur with the recommendation of the School of Business tenured faculty that his contract not be renewed.

Sincerely,

cc:     Dr. Jason Zhou
        Office of Human Resources

# EXHIBIT F

*File*

TO: Dr. Rosemary Mullick, V.P.A.A.

FROM: M. Pittarelli, Chair, Academic Personnel Committee 

DATE: November 21, 2006

RE: Personnel Action

By a vote of 4 yes - 1 no - 0 abstentions, the Academic Personnel Committee rejects the recommendation of the School of Management peer review committee that Dr. Jason Zhou not be reappointed. The committee recommends instead a one year reappointment for Dr. Zhou.

The Academic Personnel Committee's recommendation is based on the paucity and non-representativeness of the information provided in the peer review committee recommendation, which is attached, and also on prior personnel decisions in which the candidate was renewed, but with reservations. The committee recommends instead a one year reappointment for Dr. Zhou.

Materials available in the Human Resources Office clearly indicate that Dr. Zhou's University Service is more extensive than indicated in the peer committee recommendation. His publications are more impressive than one might be led to believe from the section on Scholarly Ability. He has obtained grant funding, which is also not mentioned. The Academic Personnel Committee believes that Dr. Zhou's IDEA rating of 4.2 for teaching excellence in one of his courses is evidence of his potential as an instructor. In the past, faculty members who have shown promise but who have struggled in the classroom have been coached on teaching technique, diction, etc. The Academic Personnel Committee recommends that the university give the same consideration to Dr. Zhou.

cc: S. Havlovic, Dean of SOM
Human Resources Office
J. Zhou

RECEIVED

NOV 2 1 2006

SCHOOL OF BUSINESS
SUNYIT

SUNYIT 881

# EXHIBIT G



*Office of the Vice President*
*for Academic Affairs*
315-792-7200

## M E M O R A N D U M

**EXHIBIT**
23
5-12-2010  NK

**To:**       Dr. Peter Spina, Interim President

**From:**    Rosemary J. Mullick, Interim Vice President       *Rosemary J. Mullick*
For Academic Affairs

**Date:**    November 27, 2006

**Subject:**  Recommendation for Dr. Xu-Shen (Jason) Zhou


I concur with the recommendations of the School of Business Academic Personnel
Committee, and Dr. Stephen Havlovic, Dean of the School of Business, not to reappoint Dr.
Zhou as Assistant Professor of Finance.


Cc:     Dr. Stephen Havlovic
        Dr. Xu-Shen (Jason) Zhou
        Office of Human Resources

# EXHIBIT H

To: College-wide Academic Personnel Committee
From: School of Business, Peer Review Committee
Date: November 14, 2006

Subject: Two Year Continuing Appointment for Kimberly A. Jarrell

The School of Business faculty met on October 19th, 2006 and voted unanimously to approve a two year reappointment for Kimberly A. Jarrell. This is in accordance with the criteria established by the Policies of the Board of Trustees.

**A. Mastery of Subject Matter**
Kimberly Jarrell holds her Ph.D. and masters from Syracuse University in marketing. Her B.S.N. (nursing) is from the University of Pennsylvania. She also holds a B.A. from the University of Pennsylvania.

**B. Scholarly Ability:**
Publications: Kim Jarrell has two recent publications. "Case Study: Age of Assets and Quality of Care in Three New York State Hospitals" has been published in the Journal of Business Case Studies. McLain & Jarrell have a forthcoming publication "The Perceived Compatibility of Safety and Production Expectations in Hazardous Occupations" in the Journal of Safety Research. This meets the academic qualifications set by our School of Business faculty based on AACSB guidelines (our accrediting body).

Presentations and Proceedings:
Kim Jarrell has made 3 presentations in 2006 at the Annual Meeting of the Decision Sciences Institute, the AMA Marketing and Public Policy Conference, and the LERA annual meetings. Kim Jarrell has two presentations in 2004. This meets and exceeds the presentation requirements set by the School of Business.

**C. Effectiveness in Teaching**
Kim Jarrell has strong teaching evaluations. For example, her IDEA excellence of teacher scores are 4.4, 4.1, 4.1, 4.1, 3.6, 3.9, 4.6, 4.4., 4.0. Her online teaching evaluation indicates favorable student comments and an overall average of 4.33. (All of these scores are based on a scale of 1 to 5.)

**D. University/Community Service**
Kim Jarrell currently serves as MBA coordinator and on the School of Business Learning Assurance Committee. In addition, she takes a leadership role on our Career Services advisory board. Recently she took a leadership role in re-writing the school's mission statement.

**E. Continuing Growth**
Kim Jarrell routinely attends professional conferences (listed above).
CC: Kimberly Jarrell
Steve Havlovic, Dean of the School of Management
Human Resources


EXHIBIT
57
6 9 10 4

# EXHIBIT I

To: College-wide Academic Personnel Committee
From: School of Business, Peer Review Committee
Date: November 14, 2006

Subject: Two Year Continuing Appointment for Maureen Smith-Gaffney

The School of Business faculty met on October 19th, 2006 and voted unanimously to approve a two year reappointment for Maureen Smith-Gaffney. This is in accordance with the criteria established by the Policies of the Board of Trustees.

**A. Mastery of Subject Matter**
Maureen Smith-Gaffney holds her Ph.D. and masters from Ohio State University with a major in accounting. Her B.S.B.A is in accounting from Kent State University.

**B. Scholarly Ability:**
Maureen Smith-Gaffney's professional and academic research agenda includes several topics as follows:

 Interface between tax and financial accounting,
 Segment reporting,
 Inventories,
 Accounting method issues in a GAAP v. tax setting,
 Lease transactions,
 Transfer pricing in a multinational setting,
 Ethics,
 Forensic accounting,
 Pedagogy of accounting education, and
 Nontraditional financing arrangements.

Publications: Her most recent publication is "New Automatic Consent Procedures for Method Changes to Conform to the Regs." with D.Gaffney, R. Weber, and R. Davis, *Journal of Taxation* (Jun 2006). From 2000 – 2005 her publication record includes 9 more scholarly publications. This meets and exceeds the academic qualifications set by our faculty based on AACSB guidelines (our accrediting body).

Presentations and Proceedings:
In 2006 Maureen Gaffney presented "Preparing for the CPA Examination Using a 'Real-World' Inventory Pricing System" with D.Gaffney and B. Moe, at the *2006 American Accounting Association Ohio Regional Meeting*, held in Beachwood, OH in May 2006. At the same meeting she also presented "Tax Avoidance, Evasion, and Fraud: A Case Study" with D. Arno and D. Gaffney.

**C. Effectiveness in Teaching**
Maureen Gaffney received good teaching evaluations based on the IDEA (e.g., 3.7 for teaching excellence). The coordinator for accounting spoke very favorably of her teaching methods and her relationship with the students.


EXHIBIT
58

**D. University/Community Service**
Maureen Smith-Gaffney currently serves on the School of Business Research Committee and the School of Business Learning Assurance Committee. She plays a key role in designing the assessment of the accounting program.

**E. Continuing Growth**
Maureen Smith-Gaffney regularly attends the annual American Accounting Association (AAA) National Conference as well as regional accounting AAA meetings. In addition, she participates in online professional development web casts offered by the Big Four accounting firms. She incorporates the most recent developments in the discipline into her online Advanced Accounting Theory class.

CC:
Maureen Smith-Gaffney
Steve Havlovic, Dean of the School of Management
Human Resources

**EXHIBIT J**

Redacted

# SUNY INSTITUTE OF TECHNOLOGY AT UTICA/ROME

Business –Accounting 0386
MW 10:40
Fall 2005–2006



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.idea.ksu.edu/diagnosticguide.pdf

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in som other manner to arrive at a summary judgment.

<u>Converted Averages</u> are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. Th *Interpretive Guide* offers some suggestions for using comparative results; **some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.**

Both <u>unadjusted</u> (raw) and <u>adjusted</u> averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

|  | Your Average (5–point scale) | |
|---|---|---|
|  | **Raw** | **Adj.** |
| **A. Progress on Relevant Objectives** [1] **Four objectives were selected as relevant (Important or Essential –see page 2)** | 1.8 | 1.6 |
| **Overall Ratings** B. Excellent Teacher | 1.3 | 1.5 |
| C. Excellent Course | 2.1 | 1.9 |
| **D. Average of B & C** | 1.7 | 1.7 |
| **Summary Evaluation (Average of A & D)** [1] | 1.8 | 1.7 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
|  | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) |  |  |  |  |  |  |  |  |  |  |
| **Higher** Next 20% (56–62) |  |  |  |  |  |  |  |  |  |  |
| **Similar** Middle 40% (45–55) |  |  |  |  |  |  |  |  |  |  |
| **Lower** Next 20% (38–44) |  |  |  |  |  |  |  |  |  |  |
| **Much Lower** Lowest 10% (37 or lower) | 7 | 4 | 6 | 8 | 20 | 16 | 13 | 12 | 10 | 8 |

#### Your Converted Average When Compared to Your:

| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 3 | 4 | 7 | 10 | 17 | 17 | 12 | 14 | 8 | 9 |
| Institution | 9 | 9 | 6 | 8 | 19 | 19 | 13 | 14 | 11 | 12 |

**IDEA Discipline used for comparison:** Business – Accounting

Redacted   Σ×δ



**SUNY INSTITUTE OF TECHNOLOGY AT UTICA/ROME**

Business –Accounting 0385
M 06:00
Fall 2005–2006

**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.idea.ksu.edu/diagnosticguide.pdf

*[illegible redacted band]* there were 24 students enrolled in the course and 24 students responded. Your results are considered fairly reliable. The 62% response rate indicates that results may not be representative of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives,** a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings,** the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

For comparative purposes, use converted averages. Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution.* The *Interpretive Guide* offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.

Both unadjusted (raw) and adjusted averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5–point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1]<br>Five objectives were selected as relevant (Important or Essential –see page 2) | 3.0 | 2.8 |
| **Overall Ratings**<br>B. Excellent Teacher | 2.4 | 2.4 |
| C. Excellent Course | 2.6 | 2.3 |
| D. Average of B & C | 2.5 | 2.3 |
| **Summary Evaluation**<br>**(Average of A & D)** [1] | 2.8 | 2.6 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher<br>Highest 10%<br>(63 or higher) | | | | | | | | | | |
| Higher<br>Next 20%<br>(56–62) | | | | | | | | | | |
| Similar<br>Middle 40%<br>(45–55) | | | | | | | | | | |
| Lower<br>Next 20%<br>(38–44) | | | | | | | | | | |
| Much Lower<br>Lowest 10%<br>(37 or lower) | 31 | 27 | 22 | 22 | 27 | 24 | 25 | 23 | 28 | 25 |

### Your Converted Average When Compared to Your:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Discipline (IDEA Data) | 29 | 28 | 23 | 24 | 26 | 24 | 25 | 24 | 27 | 26 |
| Institution | 32 | 31 | 22 | 23 | 27 | 26 | 25 | 25 | 29 | 28 |

**IDEA Discipline used for comparison:**
Business Administration

SUNY IT-999

RedactedRedacted

# SUNY INSTITUTE OF TECHNOLOGY AT UTICA/ROME

Business --Accounting 0386
M 18:00
Spring 2005–2006



**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.idea.ksu.edu/diagnosticguide.pdf

There were 25 students enrolled in this course and 15 students responded. Your results are considered fairly reliable. The low response rate indicates that results may not be representative of the class as a whole.

## Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives**, a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings**, the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

For comparative purposes, use **converted averages**. Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution*. The *Interpretive Guide* offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.

Both **unadjusted** (raw) and **adjusted** averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5-point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1]<br>Six objectives were selected as relevant (Important or Essential –see page 2) | 3.6 | 3.3 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 3.9 | 3.7 |
| C. Excellent Course | 3.7 | 3.3 |
| D. Average of B & C | 3.8 | 3.5 |
| **Summary Evaluation (Average of A & D)** [1] | 3.7 | 3.4 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings — B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| **Much Higher** Highest 10% (63 or higher) | | | | | | | | | | |
| **Higher** Next 20% (56–62) | | | | | | | | | | |
| **Similar** Middle 40% (45–55) | | | | | | | | | | |
| **Lower** Next 20% (38–44) | 44 | | | | 43 | 40 | | 42 | | 40 |
| **Much Lower** Lowest 10% (37 or lower) | | 37 | | | | | | | | |

### Your Converted Average When Compared to Your: [2]

| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Discipline** (IDEA Data) | 43 | 37 | 47 | 44 | 47 | 42 | 47 | 43 | 45 | 40 |
| **Institution** | 44 | 38 | 46 | 43 | 46 | 41 | 46 | 42 | 45 | 40 |

IDEA Discipline used for comparison:
Business Accounting

**Redacted** 

## SUNY INSTITUTE OF TECHNOLOGY AT UTICA/ROME

Business –Accounting 0385
MW 10:40
Spring 2005–2006

**IDEA Diagnostic Form Report**

To learn more, see the Interpretive Guide: www.idea.ksu.edu/diagnosticguide.pdf

*There were 10 students enrolled in this class and 5 students responded. Your results are considered unreliable because the number responding is so small that 50% responses indicate that results may not be representative of the class as a whole.*

### Summary Evaluation of Teaching Effectiveness

Teaching effectiveness is assessed in two ways: **A. Progress on Relevant Objectives,** a weighted average of student ratings of the progress they reported on objectives selected as "Important" or "Essential" (double weighted) and **B. Overall Ratings,** the average student agreement with statements that the teacher and the course were excellent. The **SUMMARY EVALUATION** is the average of these two measures. Individual institutions may prefer to combine these measures in some other manner to arrive at a summary judgment.

**Converted Averages** are standardized scores that take into account the fact that the average ratings for items on the IDEA form are not equal; students report more progress on some objectives than on others. Converted scores all have the same average (50) and the same variability (a standard deviation of 10); about 40% of them will be between 45 and 55. Because measures are not perfectly reliable, it is best to regard the "true score" as lying within plus or minus 3 of the reported score.

**For comparative purposes, use converted averages.** Your converted averages are compared with those from all classes in the IDEA database. If enough classes are available, comparisons are also made with classes in the same broad *discipline* as this class and/or with all classes that used IDEA at your *institution.* The *Interpretive Guide* offers some suggestions for using comparative results; some institutions may prefer to establish their own "standards" based on raw or adjusted scores rather than on comparative standing.

Both **unadjusted** (raw) and **adjusted** averages are reported. The latter makes classes more comparable by considering factors that influence student ratings, yet are beyond the instructor's control. Scores are adjusted to take into account student desire to take the course regardless of who taught it (item 39), student work habits (item 43), instructor reported class size, and two multiple item measures (student effort not attributable to the instructor and course difficulty not attributable to the instructor).

### Your Average Scores

| | Your Average (5–point scale) | |
|---|---|---|
| | Raw | Adj. |
| **A. Progress on Relevant Objectives** [1] Six objectives were selected as relevant (Important or Essential –see page 2) | 3.3 | 2.8 |
| **Overall Ratings** | | |
| B. Excellent Teacher | 3.2 | 3.0 |
| C. Excellent Course | 3.6 | 2.9 |
| **D. Average of B & C** | 3.4 | 3.0 |
| **Summary Evaluation (Average of A & D)** [1] | 3.3 | 2.9 |

[1] If you are comparing Progress on Relevant Objectives from one instructor to another, use the converted average.

[2] The process for computing Progress on Relevant Objectives for the Discipline and Institution was modified on May 1, 2006. Do not compare these results with reports generated prior to this date.

### Your Converted Average When Compared to All Classes in the IDEA Database

| Comparison Category | A. Progress on Relevant Objectives | | Overall Ratings | | | | | | Summary Evaluation (Average of A & D) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | | |
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Much Higher Highest 10% (63 or higher) | | | | | | | | | | |
| Higher Next 20% (56–62) | | | | | | | | | | |
| Similar Middle 40% (45–55) | | | | | | | | | | |
| Lower Next 20% (38–44) | 38 | | | | | | 40 | | 39 | |
| Much Lower Lowest 10% (37 or lower) | | 27 | 35 | 32 | | 33 | | 33 | | 30 |

### Your Converted Average When Compared to Your: [2]

| | A. Progress on Relevant Objectives | | B. Excellent Teacher | | C. Excellent Course | | D. Average of B & C | | Summary Evaluation | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. | Raw | Adj. |
| Discipline (IDEA Data) | 36 | 27 | 36 | 33 | 45 | 34 | 41 | 34 | 39 | 31 |
| Institution | 38 | 29 | 35 | 32 | 45 | 34 | 40 | 33 | 39 | 3† |

**IDEA Discipline used for comparison:**
Business–Accounting

SUNY ITI 065

# EXHIBIT K



Stephen Havlovic
<havlovs@sunyit.edu>
02/05/2007 04:59 PM

To   Derrick Berg <yonex23@hotmail.com>

cc

bcc

Subject   Re: FIN 302

Dear Derrick,

I spoke with Dr. Zhou this afternoon. He agreed to work with the students to improve the instruction in FIN 302. Dr. Zhou stated that he would be willing to discuss student concerns in private or in the classroom.

As promised, I kept your identity confidential. So Dr. Zhou only knows that two students have complained to me about his teaching methods. Please let me know if you do not see teaching improvement in FIN 302 over the next two weeks.

Sincerely,

Steve Havlovic

Stephen J. Havlovic, Ph.D.
Dean, School of Business
Professor of Human Resource Management
SUNY Institute of Technology
P.O. Box 3050
Utica, NY 13504-3050
havlovs@sunyit.edu

On Feb 2, 2007, at 2:23 PM, Derrick Berg wrote:

> Mr Havlovic:
>
> Here is the letter you requested as per our conversation on 2/1/07. Thank you for your time and assistance and I look forward to hearing from you soon. I can be reached anytime at 315-269-3415
>
> Thank you
> Derrick Berg
>
> _____
>
> Laugh, share and connect with Windows Live Messenger
> http://clk.atdmt.com/MSN/go/msnnkwme0020000001msn/direct/01/?href=http://imagine-msn.com/messenger/launch80/default.aspx?locale=en-us&source=hmtagline
> <Mr[1][1][1]._Havlovic_Letter.doc>

# EXHIBIT L



Stephen Havlovic
<havlovs@sunyit.edu>
02/02/2007 03:20 PM

**To**  rosemary <rosemary@sunyit.edu>, Peter Spina
<Peter.Spina@sunyit.edu>
**cc**  Robert Orilio <robert.orilio@sunyit.edu>, William Langdon
<william.langdon@sunyit.edu>, Anthony Panebianco
<Anthony.Panebianco@sunyit.edu>
**bcc**
**Subject**  Fwd: Letter Regaurding Corporate Finance Class

Dear Rosemary & Pete,

I would like permission to pull Dr. Jason Zhou from FIN 302-12 (Financial Management Principles) on Tuesday evening. Dr. Zhou's behavior has been unprofessional and inappropriate in this course (see attached student complaint). The students that have complained must have this course to graduate this semester, and the other sections of the course are full and are taught at times when they are unable to attend.

It is my opinion that the cost of a replacement adjunct professor for this course is less than the damage being done to the reputation of the undergraduate finance program by Dr. Zhou. This is a one-time solution as we are in the process of finding a full-time replacement for Dr. Zhou. I hope you are able to respond to my request by this coming Monday, so that I have time to handle this matter prior to the next meeting of FIN 302-12 on Tuesday.

As of this date, I have not received any complaints this semester from the students in Dr. Zhou's graduate finance courses (FIN 525-11 & FIN 532-35).

Thank you in advance for our consideration.

Sincerely,

Steve

Stephen J. Havlovic, Ph.D.
Dean, School of Business
Professor of Human Resource Management
SUNY Institute of Technology
P.O. Box 3050
Utica, NY 13504-3050
havlovs@sunyit.edu

Begin forwarded message:

> **From:** "Derrick Berg" <yonex23@hotmail.com>
> **Date:** February 2, 2007 2:23:35 PM EST
> **To:** stephen.havlovic@sunyit.edu
> **Subject: Letter Regaurding Corporate Finance Class**
> Mr Havlovic:
> Here is the letter you requested as per our conversation on 2/1/07. Thank you for your time and assistance and I look forward to hearing from you soon. I can be reached anytime at 315-269-3415
> Thank you
> Derrick Berg

Laugh, share and connect with Windows Live Messenger

http://clk.atdmt.com/MSN/go/msnnkwme0020000001msn/direct/01/?href=http://imagine
-msn.com/messenger/launch80/default.aspx?locale=en-us&source=hmtagline

Mr[1][1][1]_Havlovic_Letter.doc

# EXHIBIT M



Stephen Havlovic
<havlovs@sunyit.edu>

02/02/2007 04:45 PM

To  Robert Orilio <robert.orilio@sunyit.edu>, William Langdon
     <william.langdon@sunyit.edu>

cc

bcc

Subject  Fwd: Letter Regaurding Corporate Finance Class

Hi Bob & Will,

I will meet with Bob on Monday regarding the availability of an adjunct professor to replace
Jason. Also, on Monday I will meet with Tony in HR regarding the procedure to follow with
reassigning Jason from Finance 302 to a Finance Trading Room project. I anticipate scheduling a
meeting with Jason on Monday afternoon.

Have a nice weekend!

Steve

Stephen J. Havlovic, Ph.D.
Dean, School of Business
Professor of Human Resource Management
SUNY Institute of Technology
P.O. Box 3050
Utica, NY 13504-3050
havlovs@sunyit.edu

Begin forwarded message:

> **From:** Rosemary Mullick <Rosemary.Mullick@sunyit.edu>
> **Date:** February 2, 2007 4:03:53 PM EST
> **To:** Stephen Havlovic <havlovs@sunyit.edu>
> **Cc:** Anthony Panebianco <Anthony.Panebianco@sunyit.edu>, Peter Spina <
> Peter.Spina@sunyit.edu>, Robert Orilio <robert.orilio@sunyit.edu>, rosemary <
> rosemary@sunyit.edu>, William Langdon <william.langdon@sunyit.edu>
> **Subject: Re: Fwd: Letter Regaurding Corporate Finance Class**
>
> Steve,
>   I'm assuming that this is not just one disgruntled student and what is portrayed is in fact
> accurate.
> If it is, I concur. You should hire an adjunct to replace Dr. Zhou. However, I would like for you to
> come
> up with an alternative task equivalent to the time required to teach this class. It should be
> something
> that will help your School/programs, should be spelled out in detail so that progress on task can
> be monitored and should lead to a final product that is useful. We need to make it clear
> that we will not reward unprofessional behavior.
>   Thanks,
>   Rosemary

Stephen Havlovic <
havlovs@sunyit.edu>

To  rosemary <rosemary@sunyit.edu>, Peter Spina <Peter.Spina@sunyit.edu>

# EXHIBIT N



Stephen Havlovic
<havlovs@sunyit.edu>
02/19/2007 09:20 AM

To   "Derrick Berg" <yonex23@hotmail.com>

cc   rosemary <rosemary@sunyit.edu>

bcc

Subject   Re: Fin 302

Hi Derrick,

Since I will be away on a recruiting trip and vacation for the next couple of weeks, you and your classmates will need to send a formal complaint or petition to Dr. Rosemary Mullick, Interim V.P. of Academic Affairs. If you choose to submit a formal complaint or petition, I would recommend doing so in writing and include signatures of all the students involved with the complaint or petitiion.

Sincerely,

Steve Havlovic

Stephen J. Havlovic, Ph.D.
Dean, School of Business
Professor of Human Resource Management
SUNY Institute of Technology
P.O. Box 3050
Utica, NY 13504-3050
havlovs@sunyit.edu

On Feb 19, 2007, at 8:14 AM, Derrick Berg wrote:

> Dear Mr. Halovic:
>
> It's been a couple of weeks since our last correspondence and things haven't really
> changed much in Dr. Zhou's class. Fortunately the pointless home movies have stopped
> however the teaching has not changed. I along with many of the other students find it
> pointless and a complete waste of time attending class lectures that we learn absolutly
> nothing from. I find that I have learned more from sitting at home reading the book than
> from his powerpoint presentation which I already have a copy of. This past class on Tue.
> 13th at our break myself and four other students left due to frustration. At this point I'm
> really not sure what to do. If possible please advise me of what mu options are.
> Thank You
>
> Derrick Berg
>
> _____
>
> Refi Now: Rates near 39yr lows! $430,000 Mortgage for $1,399/mo - Calculate new
> payment
> http://www.lowermybills.com/lre/index.jsp?sourceid=lmb-9632-17727&moid=7581

# EXHIBIT O

DEPARTMENT OF FINANCE AND LEGAL STUDIES
COLLEGE OF BUSINESS, BLOOMSBURG UNIVERSITY
*Fall Semester, 2004*
Classroom Observation

Person Observed:     Dr. Jason Zhou, Assistant Professor of Finance
Observed By:         Dr. Bruce L. Rockwood, Professor of Legal Studies

Date of Observation:  October 29, 2004
Course:               *Introduction to Corporate Finance,* 096-313-01, 9am, Sutliff Hall 131.

By prior arrangement I visited Dr. Zhou's required course *"Introduction to Corporate Finance"* on Friday, October 29 at 9am. Class started on time, and twenty-seven students were in attendance: most arrived on time but two or three straggled in late. I was given a copy of the course *Syllabus,* which was in proper form, and includes his e-mail for "rapid response" to student questions. I noted that homework "will not be collected or graded" although answers are available for students to check their own work. I suggest collecting it to check they actually do it, and then returning it, as this might motivate the weaker ones and reward the more responsible students. A series of completed (or omitted) check marks for homework is an easy way to take attendance and participation into account when students wish you to justify a low grade!

In preparing for an upcoming exam, Dr. Zhou offered to hold a review session on Sunday if anyone was interested, and when a sufficient number of students agreed they would be interested in coming by, scheduled it for 5 to 6pm on Sunday.

The topic for the day was APR, and Dr. Zhou began by listing his goals for the day, and then posing a number of hypothetical problems, including calculating how to earn an effective rate of return of 12% while working with an account that compounds on a monthly basis. What APR will there be? He wrote formulas on the blackboard, and worked through the problems with students, calling for volunteers from time to time as the discussion preceded.

Dr. Zhou used power point slides to move from point to point, sometimes pointing out corrections to the copies of the slides they had previously downloaded—he makes course slides available at his web site and many students had printed them out and took notes against them as the class progressed. He spoke in a clear and audible voice, and moved logically and methodically through the material, occasionally asking for students to volunteer a solution, and answering questions as they arose.

Other topics addressed included "Present value with daily compounding" and "future values with monthly compounding." Sometimes he would wait a few minutes while students worked through a problem, and then point out distinctions between two similar problems so that students could see how a small adjustment in the facts would impact the outcome. He explored credit card monthly statements and the way "monthly rates" are calculated, and how banks use different rates to compute interest: APR "as if once a year" and the "effective annual rate" depending on which kind of compounding is used. He pointed out disclosure of this distinction is required by the Federal "Truth-in-Lending" law of 1968, and that a few banks are now putting a calculator on their web sites so that customers can work out the actual figures, although they are not legally required to do so. As the class progressed more students began to participate by asking questions, so that a genuine educational dialog occurred.

At one point, Dr. Zhou pointed out to the class that banks have an incentive not to disclose all that they might: "If everyone knows everything, the bank cannot make money easily."

Periodically in the day's lesson there were some brief problems Dr. Zhou called a "quick quiz" which he asked the students to compute and then briefly discussed. Loan types were the subject of a concluding class lecture: pure discount loans; interest only loans; amortized loans (principal and interest both paid back before maturity over the life of the loan, such as auto and home mortgage loans). He showed the class a simple amortization table with a loan of four years duration, and worked out the numbers using his animated power point slides, which I found to be a clear and useful way of showing students each step of the process. The results were quite clear and compelling.

At the end of the class, he asked for two volunteers to put their solutions to one textbook problem (#48) on the blackboard, and then compared the results. Bonus points were awarded for this exercise, and while the two "volunteers" did their work on the blackboard, others in the class pulled out their calculators and worked out the problem themselves. Dr. Zhou moved about the room at this point, looking at student work and making suggestions to individuals, whom he knew by name. Students then discussed how they got their answers.

Altogether this was a good class, and Dr. Zhou showed he had a command of the classroom and a good pedagogical approach to moving the students through the day's assignment.

*Conference held*: Nov. 1, 2004.   Comments by Dr. Zhou, if any, are attached.

*Signature of Observer:*

Dr. Bruce L. Rockwood
Nov. 1 2004.

*Signature of Faculty Member Observed:*

Dr. Jason Zhou
Nov. 1, 2004

# EXHIBIT P



# PETITION FORM

*Used to request waivers of college policy.*

**INSTRUCTIONS:** Type or print with a ball point pen. All copies must be legible. **Be specific and include all relevant information to support your request.** Attach additional sheets as needed. Please submit the completed petition to the Dean of the school in which you are enrolled. The school will forward the form to the Registrar's Office for final processing.

NAME **Brian Morenz**  MAJOR **Finance**
ADDRESS **9899 River Rd**  SOC. SEC. NO. **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**
CITY **Utica**  STATE **NY** ZIP **13502**  PHONE **(315) 534-4680**

SPECIFIC ACTION REQUESTED: **I wish to withdraw from Xu-Shen Zhou Financial Management Principle course without academic or financial Penalty. Today was the First day that W grades are posted on transcripts and I was unaware untill I attempted to withdraw from the course.**

JUSTIFICATION: **I do not feel as though I should be Liable to pay when I want to take the course, I just cannot comprehend my instructor. He speaks very broken english and most of my class has no idea what he is saying. I have already paid to take the course and the test cost $465 along with a W on my transcripts and another $20 Fee.**

**Brian C Morenz**  **9/13/06**
Student's Signature  Date

INSTRUCTOR, ACADEMIC ADVISOR – Comments or signature as needed.  ☒ Approved  ☐ Disapproved

**William F. Langdon**  **9/13/06**

**Required Signatures**

**[signature]**  **9/14/06**  ☒ Approved  ☐ Disapproved
Signature of Academic Dean  Date

**Naomi L. Pele**  **9/14/06**  No Tax  ☐ Approved  ☐ Disapproved
Signature of Registrar  Date

_____  _____  ☐ Approved  ☐ Disapproved
Additional Signature as Required  Date

Additional signatures that may be required will be obtained by the Registrar's Office

_____  _____  ☐ Approved  ☐ Disapproved
Signature of V.P. Academic Affairs  Date

_____  _____  ☐ Approved  ☐ Disapproved
Signature of President  Date

_____  _____  ☐ Approved  ☐ Disapproved
Signature of Bursar/Financial Aid  Date

Comments **Given the explanation please waive the $20 fee and allow to drop FIN 301 without a "W" a transcript**  **S/H**

**Distribution by Registrar's Office ONLY:** WHITE - School Office, YELLOW - Registrar, PINK - Student

PROCESSED BY: **PW**  DATE: **9/14/06**