# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**XU-SHEN ZHOU, a/k/a Jason Zhou**

    vs.                          CASE NUMBER: 6:08-CV-444 (GTS/ATB)

**STATE UNIVERSITY OF NEW YORK INSTITUTE OF TECHNOLOGY; DR. LISA BERADINO; DR. STEPHEN HAVLOVIC; DR. WILLIAM LANGDON; and DR. PETER SPINA, personally and in their official capacities**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is GRANTED, therefore plaintiff's Amended Complaint is DISMISSED. Judgment is hereby entered in favor of the defendants and this action is closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 14th day of September, 2011.

DATED: September 14, 2011

*(signature)*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk