# United States District Court
## NORTHERN DISTRICT OF NEW YORK

XU-SHEN ZHOU, a/k/a JASON ZHOU,

                *Plaintiff,*

-against-

STATE UNIVERSITY OF NEW YORK INSTITUTE
OF TECHNOLOGY, DRS. LISA BERNARDINO,
STEPHEN HAVLOVIC, WILLIAM LANGDON AND
PETER SPINA, personally and in their official
capacities,

                *Defendants.*

**BILL OF COSTS**

Civil Action No. 6:08-cv-444
(GTS) (ATB)

Judgment having been entered in the above-entitled action on <u>September 14, 2011</u> against plaintiff <u>XU-SHEN ZHOU, a/k/a JASON ZHOU</u>, the Clerk is requested to tax the following as costs:

Fees of the Clerk

Fees for service of summons and subpoena

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case

Fees and disbursements for printing

Fees for witnesses (itemize on reverse side)

Fees for exemplification and copies of papers necessarily obtained for use in the case

Docket fees under 28 U.S.C. § 1923

Costs as shown on Mandate of Court of Appeals

Compensation of court-appointed experts

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828

| | | |
|---|---|---|
| Other costs (please itemize): | Deposition of plaintiff Xu-Shen Zhou (see below) | $1,239.40 |
| | TOTAL | $1,239.40 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

1

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in the defense of this action, and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to plaintiff's attorney, Ross P. Andrews, at the address listed on the attachment to this bill.

Signature of Attorney:   /Douglas J. Goglia

Name of Attorney:   Douglas J. Goglia, Bar Roll No. 302406

For:   Office of the Attorney General, The Capitol, Albany, New York 12224

Date:   September 15, 2011

Costs are taxed in the amount of   $1,239.40   and included in the judgment.

_____   By:  _____   10/25/11
Clerk of Court                        Deputy Clerk                      Date

## Itemization of Expenses

### *Zhou v. SUNYIT, et al.,* 6:08-cv-444

**Other Expenses:**

**Depositions** (used for motion or trial; filed in court; receipts or invoices attached):

| Deponent | Date(s) | Amount |
|---|---|---|
| XU-SHEN ZHOU, a/k/a JASON ZHOU | May 28, 2010 | $1,239.40 |

### Service

As noted in the attached bill of costs, a copy of the bill was mailed to:

Ross P. Andrews, Esq.
Satter, Andrews Law Firm
217 South Salina Street
6th Floor
Syracuse, NY 13202
Attorney for Plaintiff

5

**AMF Reporting Services**

P. O. Box 310
Guilderland, New York  12084-0310
518-452-1795 or 482-9606
amfcourt@nycap.rr.com

Bill To:

Office of the Atttomey General
Budget & Fiscal Management Bureau
Attn: Payments Team
State Capitol
Albany, NY 12224-0341

# Invoice

Number: 2479TK

Date:    June 21, 2010

| REPORTER | DATE OF DELIVERY | METHOD OF DELIVERY |
|---|---|---|
| Theresa Klos | 6/18/10 | E-mail/priority mail |

| DATE and SERVICE | DESCRIPTION OF SERVICE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 5/28/10 Deposition | Full-size orig, copy and condensed copy with word indexes mailed to AAG Douglas Goglia on 6/18 via priority mail. Testimony of Xu-Shen Zhou. | 196.00 | 4.40 | 862.40 |
| 5/28/10 Word indexe | Word index ($1/pp - two copies) | 25.00 | 2.00 | 50.00 |
| | CONTRACT # C101386 | | | |
| | Zhou vs State Univ of NY, et al. | | | |
| 5/28/10 | Exhibits | 148.00 | 0.25 | 37.00 |
| 5/28/10 | Realtime charge (only afternoon session) | 80.00 | 1.00 | 80.00 |
| 5/28/10 | Unedited file charge | 210.00 | 1.00 | 210.00 |
| | | | TOTAL | 1,239.40 |

PLEASE MAKE CHECK PAYABLE TO
AMF REPORTING/CRITCHER VIDEO
TAX ID#: 14-1828631(Frank-Critch, Inc.)

Note:  Payment is due within 30 days of invoice date.
Interest of 1.5% per month will be assessed on any unpaid balance.

Amount Paid: 1,239.40
Amount Due: 0.00